**MEDTRONIC INC., Appellant,**

v.

**NUVASIVE, INC., Appellee.**

No. 2014–1722.

United States Court of Appeals, Federal Circuit.

April 14, 2015.

Justin J. Oliver, Fitzpatrick, Cella, Harper & Scinto, Washington, DC, argued for appellant. Also represented by Stephen Edward Belisle; Nina Shreve, New York, NY.

Michael T. Rosato, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for appellee. Also represented by

Paul David Tripodi, II, Los Angeles, CA; Craig E. Countryman, Fish & Richardson, P.C., San Diego, CA; Frank Scherkenbach, Boston, MA; Stephen Reynold Schaefer, Michael J. Kane, Minneapolis, MN.

DYK, O'MALLEY, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**